F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
9/8/2026
JEFFREY P. ALLSTEADT, CLERK

Certificate Number: 05781-ILN-DE-041419988

Bankruptcy Case Number: 26-10689

05781-ILN-DE-041419988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2026, at 1:49 o'clock PM PDT, Aeisha Watson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: September 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President